The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-121 RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS TO GOVERNMENT'S SENTENCING MEMORANDUM |
| JESSE S. DITTMAR, | |
| Defendant. | |

Having read the Government=s Motion to Seal Exhibits in the above-captioned case, requesting that Exhibits 1, 2 and 4 be allowed to be filed under seal, and for the reasons stated therein,

It is hereby ORDERED that EXHIBITS 1, 2 and 4 to the Government's Sentencing Memorandum shall be filed under seal.

DATED this 12th day of July, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL GOVERNMENT'S EXHIBITS - 1
*United States v. Jesse S. Dittmar,* CR20-121 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970