UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-121 RSM |
|---|---|
| Plaintiff | |
| v. | **ORDER SEALING DEFENSE PRESENTENCE REPORT AND APPENDICES A, B, C, D, E, F, H, I AND J** |
| JESSE S. DITTMAR, | |
| Defendant. | |

THE COURT has considered the defense motion to seal the defense presentence report and Appendices A, B, C, D, E, F, H and J (Dkt. No. 46) and also the defense motion to supplement the sealing motion by including Appendix I as an item to be sealed. (Dkt. No. 48). The Court has also reviewed the redacted defense presentence report (Dkt. No. 51), which the Court is informed was reviewed by the Government for it to include any redactions it deemed appropriate.

The Court finds that the identified appendices and the redacted material in the presentence report contain or refer to highly sensitive personal matters regarding the

defendant and third parties, including records and references regarding drug treatment, mental health treatment and issues, medical matters, and other similar matters.

It is therefore ORDERED that the following shall remain sealed: Defendant's Presentence Report (Dkt. No. 47); Appendices A, B, C, D, E, F, H and J (all at Dkt. No. 47), and Appendix I (Dkt. No. 49).

DATED this 12th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Michael Iaria
MICHAEL IARIA
Attorney for Jesse S. Dittmar